| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>In Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Tucker, Petrese B | 2. Court or Organization<br>PA-Eastern District | 3. Date of Report<br>05/26/2003 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>Room 9613 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1751 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## L POSITIONS. (Reporting individual only; see pp. 9-13 of filing Instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Avenue of the Arts, Inc. |
| 2. Director | Girls Inc. of Greater Philadelphia and Sounthern New Jersey |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | PA State Retirement Plan |

RECEIVED 2004 JUN -1 A 11: 20 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 05/26/2003 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | SERS State Employee Retirement System | 27,000 |
| 2. | 2003 | Rental income - personal residence garage | 8,000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Self-employed legal practice income |
| 2. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Harris T. Bock, Esq. | Tickets to Philadelphia Flower Show and Dinner | $300 |
| 2. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC Bank | Line of Credit | L |
| 2. | Farm Credit of the Virginias | Mortgage on rental land | J |
| 3. | Mark Weinberg Restorations | Payable for home improvements | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 05/26/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. PNC Bank - bank accounts | A | Interest | L | T | | | | | |
| 2. Accounts receivable from clients of law practice | | None | K | W | | | | | |
| 3. AIM Global Aggressive Growth Fund Cl B | | None | | | sold | 02-24 | J | A | |
| 4. Oppenheimer Main Street Growth & Income Fund | | None | | | sold | 02-24 | K | A | |
| 5. Putnam Voyager Fund | | None | | | sold | 02-24 | K | A | |
| 6. TIGR Series 15 - 0% - 2/15/08 | B | O.I.D. | K | T | | | | | |
| 7. TIGR Series 12 - 0.0% - 5/15/08 | B | O.I.D. | L | T | | | | | |
| 8. U.S. Treasury Strips - 0.0% - 5/15/10 | B | O.I.D. | K | T | | | | | |
| 9. TIGR Series 18 - 0.0% - 2/15/07 | C | O.I.D. | L | T | | | | | |
| 10. U.S. Treasury Strips - 0.0% - 5/15/09 | C | O.I.D. | L | T | | | | | |
| 11. U.S. Treasury Strips - 0% - 2/15/11 | B | O.I.D. | K | T | | | | | |
| 12. Resolution Trust Funding Corp Coupon Strips - 0.0% - 1/15/12 | B | O.I.D. | L | T | | | | | |
| 13. AIM Premier Equity Fund (prev. named AIM Value Fund) Cl B | | None | J | T | | | | | |
| 14. Fidelity Adv Balanced Fund | | None | | | sold | 02-24 | J | A | |
| 15. Putnam OTC & Emerging Growth Trust | | None | | | sold | 02-24 | J | A | |
| 16. Seligman Henderson Global Smaller Companies Fund | | None | | | sold | 02-24 | J | A | |
| 17. AIM Charter Fund | | None | | | sold | 02-24 | J | A | |
| 18. AIM Select Equity Fund | | None | | | sold | 02-24 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001- 50,000 |
|---|---|---|---|---|---|
| | F = 50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = 500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 05/26/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. AIM International Growth (prev AIM Internat Equity) Fund | | None | | | sold | 02-24 | K | A | |
| 20. AIM Premier Equity Fund (prev AIM Value Fund) - Cl A | | None | | | sold | 02-24 | K | B | |
| 21. Davis New York Venture Fund | | None | | | sold | 02-24 | K | A | |
| 22. North Hills PA Sch Dist 0% Bonds - 7/15/03 | A | O.I.D. | | | redeemed | 07-15 | J | A | |
| 23. Philadelphia PA Water & Sewer 0% Bonds - 10/1/03 | A | O.I.D. | | | redeemed | 10-01 | J | A | |
| 24. Central Dauphion PA Sch Dist 0% Bonds - 6/1/05 | B | O.I.D. | K | T | | | | | |
| 25. Pittsburgh PA Sch Dist 0% Bonds - 8/1/06 | B | O.I.D. | K | T | | | | | |
| 26. Allentown Sch Dist 0% Bonds - 7/1/07 | B | O.I.D. | K | T | | | | | |
| 27. Caterpillar Inc - stock | A | Dividend | J | T | | | | | |
| 28. Isuzu Motors - stock | | None | J | T | | | | | |
| 29. Resolution Funding Corp Coupon Strips - 0% - 4/15/13 | B | O.I.D. | L | T | | | | | |
| 30. TII Network Technologies - stock | | None | J | T | | | | | |
| 31. AIM Opportunities I Fund (prev AIM Small Cap Opp Fund) | | None | J | T | partial sale | 02-24 | K | B | |
| 32. ML Global Value Fund | | None | | | sold | 02-24 | J | A | |
| 33. Munder NetNet Fund | | None | | | sold | 02-24 | J | A | |
| 34. Bye Creek Farms, Inc. - stock | | None | J | W | | | | | |
| 35. AIM Opportunities III Fund (prev AIM Large Cap Opp Fund) | | None | | | sold | 02-24 | L | C | |
| 36. AIM Opportunities II Fund (prev AIM Mid Cap Opp Fund) | | None | | | sold | 02-24 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 05/26/2003 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Allete, Inc. - stock | A | Dividend | J | T | | | | | |
| 38. Exelon Corporation | A | Dividend | J | T | | | | | |
| 39. United Bank - bank accounts | B | Interest | K | T | | | | | |
| 40. Merrill Lynch Retirement Assets - Money Market | A | Dividend | K | T | | | | | |
| 41. Merrill Lynch CMA Tax-exempt fund - money market | A | Dividend | J | T | | | | | |
| 42. Branch Banking & Trust - bank accounts | B | Interest | K | T | | | | | |
| 43. Community National Bank - bank accounts | B | Interest | K | T | | | | | |
| 44. Land - Halifax County, VA | A | Rent | L | W | | | | | |
| 45. Abbott Labs | A | Dividend | J | T | Buy | 03-04 | J | | |
| 46. ABN Amro Holding NV ADR | | None | | | Buy | 03-13 | J | | |
| 47. | | | | | Sold | 12-12 | J | A | |
| 48. Air Products & Chem | A | Dividend | J | T | Buy | 03-03 | J | | |
| 49. Alberto Culver Company | A | Dividend | J | T | Buy | 03-05 | J | | |
| 50. Allied Capital Corp | A | Dividend | J | T | Buy | 03-06 | J | | |
| 51. Allstate Corp | A | Dividend | J | T | Buy | 03-03 | J | | |
| 52. Altria Group Inc | A | Dividend | J | T | Buy | 03-04 | J | | |
| 53. | | | | | Buy | 04-16 | J | | |
| 54. | | | | | Buy | 04-16 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $50,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tucker, Petrese B | 05/26/2003 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. American Express Company | A | Dividend | J | T | Buy | 03-04 | J | | |
| 56. | | | | | Buy | 08-12 | J | | |
| 57. American International Group Inc | A | Dividend | J | T | Buy | 03-04 | J | | |
| 58. Annheuser Busch Cos inc | A | Dividend | J | T | Buy | 03-04 | J | | |
| 59. Archer Daniels Midland | A | Dividend | J | T | Buy | 03-03 | J | | |
| 60. Banco Popular Certificate of Deposit | A | Interest | | | Buy | 02-24 | J | | |
| 61. | | | | | Sold | 12-19 | J | A | |
| 62. Bank of America Corp | A | Dividend | J | T | Buy | 03-03 | J | | |
| 63. | | | | | Buy | 03-20 | J | | |
| 64. | | | | | Buy | 11-04 | J | | |
| 65. Bank One Corp | A | Dividend | J | T | Buy | 03-13 | J | | |
| 66. Barclays PLC | A | Dividend | J | T | Buy | 03-20 | J | | |
| 67. Bellsouth Corp | | None | | | Buy | 03-04 | I | | |
| 68. | | | | | Sold | 12-16 | J | A | |
| 69. Bemis Co Inc | A | Dividend | J | T | Buy | 03-07 | J | | |
| 70. BHp Billiton Ltd | A | Dividend | J | T | Buy | 09-23 | J | | |
| 71. Black Box Corp Del | A | Dividend | J | T | Buy | 03-19 | J | | |
| 72. BP PLC | A | Dividend | J | T | Buy | 03-03 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 05/26/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Cadbury Schweppes ADR | A | Dividend | J | T | Buy | 03-04 | J | | |
| 74. Canon Inc ADR | | None | J | T | Buy | 12-22 | J | | |
| 75. Centurytel Inc | A | Dividend | J | T | Buy | 03-06 | J | | |
| 76. Certegy Inc | A | Dividend | J | T | Buy | 03-07 | J | | |
| 77. ChevronTexaco Corp | A | Dividend | J | T | Buy | 03-04 | J | | |
| 78. | | | | | Buy | 05-28 | J | | |
| 79. Cinergy Corp | A | Dividend | J | T | Buy | 10-07 | J | | |
| 80. Cinn Financial Corp Ohio | A | Dividend | J | T | Buy | 03-28 | J | | |
| 81. Citigroup Inc | A | Dividend | K | T | Buy | 03-03 | J | | |
| 82. | | | | | Buy | 03-20 | J | | |
| 83. Coca Cola Com | A | Dividend | J | T | Buy | 03-04 | J | | |
| 84. Colgate Palmolive | A | Dividend | J | T | Buy | 03-04 | J | | |
| 85. Comcast Corp New Cl A | A | Dividend | J | T | Buy | 09-10 | J | | |
| 86. ConocoPhillips | A | Dividend | J | T | Buy | 03-03 | J | | |
| 87. Cox Communications Inc | A | Dividend | | | Buy | 03-03 | J | | |
| 88. | | | | | Sold | 12-05 | J | A | |
| 89. Credit Suisse GP ADR | | None | J | T | Buy | 10-10 | J | | |
| 90. Deere Co | A | Dividend | | | Buy | 03-03 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 05/26/2003 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | Sold | 11-28 | J | A | |
| 92. Diageo PLC SPSD ADR | A | Dividend | J | T | Buy | 03-20 | J | | |
| 93. Dow Chemical PV 2 | A | Dividend | J | T | Buy | 03-03 | J | | |
| 94. Eaton Vance Corp NVT | A | Dividend | J | T | Buy | 03-10 | J | | |
| 95. Emerson Electric Co | A | Dividend | J | T | buy | 03-04 | J | | |
| 96. | | | | | buy | 05-19 | J | | |
| 97. Endesa SA Sponsored ADR | A | Dividend | J | T | Buy | 03-13 | J | | |
| 98. ENI S P A Sponsored ADR | A | Dividend | J | T | Buy | 03-04 | J | | |
| 99. Equifax Inc | A | Dividend | J | T | Buy | 03-06 | J | | |
| 100. Equitable Res inc | A | Dividend | J | T | Buy | 08-14 | J | | |
| 101. Exxon Mobil | A | Dividend | K | T | Buy | 03-03 | J | | |
| 102. | | | | | Buy | 03-20 | J | | |
| 103. Fannie Mae (US) Com NPV | A | Dividend | J | T | Buy | 03-04 | J | | |
| 104. | | | | | Buy | 03-14 | J | | |
| 105. First Data Corporation | | None | J | T | Buy | 03-20 | J | | |
| 106. FleetBoston Financial Corp | A | Dividend | J | T | Buy | 03-03 | J | | |
| 107. Freddie Mac | A | Dividend | J | T | Buy | 03-04 | J | | |
| 108. Gallagher, Arthur J & Co | A | Dividend | J | T | Buy | 03-21 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 05/26/2003 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. General Electric | A | Dividend | J | T | Buy | 03-04 | J | | |
| 110. | | | | | Buy | 03-13 | J | | |
| 111. GlaxoSmithKline PLC ADR | A | Dividend | J | T | Buy | 03-13 | J | | |
| 112. Goldman Sachs Group Inc | A | Dividend | J | T | Buy | 03-03 | J | | |
| 113. Graco Inc | A | Dividend | J | T | Buy | 03-05 | J | | |
| 114. Halliburton Company | A | Dividend | J | T | Buy | 03-03 | J | | |
| 115. Hartford Financial Services Inc | A | Dividend | J | T | Buy | 03-03 | J | | |
| 116. Heineken NV ADR | A | Dividend | J | T | Buy | 03-04 | J | | |
| 117. Heinz, HJ Co PV 25Ct | A | Dividend | | | Buy | 03-03 | J | | |
| 118. | | | | | Sold | 12-19 | J | A | |
| 119. Home Depot Inc | | None | J | T | Buy | 12-16 | J | | |
| 120. HSBC Hldg PLC Sp ADR | A | Dividend | J | T | Buy | 03-20 | J | | |
| 121. IMS Health Inc | A | Dividend | J | T | Buy | 03-05 | J | | |
| 122. Intel Corp | A | Dividend | J | T | Buy | 03-04 | J | | |
| 123. International Business Machines | A | Dividend | J | T | Buy | 03-04 | J | | |
| 124. | | | | | Buy | 06-16 | J | | |
| 125. | | | | | Buy | 03-13 | J | | |
| 126. International Paper Co | A | Dividend | J | T | Buy | 03-03 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | | | |
|---|---|---|---|---|
| Name of Person Reporting | | | Date of Report | |
| Tucker, Petrese B | | | 05/26/2003 | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Johnson & Johnson | A | Dividend | J | T | Buy | 03-04 | J | | |
| 128. | | | | | Buy | 03-13 | J | | |
| 129. JP Morgan Chase & Co | A | Dividend | J | T | Buy | 03-04 | J | | |
| 130. KAO Corp ADR | A | Dividend | J | T | Buy | 03-13 | J | | |
| 131. Kellogg Company PV | A | Dividend | J | T | Buy | 03-03 | J | | |
| 132. Keyspan Corp | A | Dividend | J | T | Buy | 03-03 | J | | |
| 133. Kimberly Clark | A | Dividend | J | T | Buy | 03-03 | J | | |
| 134. King Pharmaceuticals Inc | | None | J | T | Buy | 03-06 | J | | |
| 135. Kraft Foods Inc | A | Dividend | J | T | Buy | 03-04 | J | | |
| 136. Lauder, Estee Cos inc | A | Dividend | J | T | Buy | 03-04 | J | | |
| 137. La-Z Boy Inc Michigan | A | Dividend | | | Buy | 03-04 | J | | |
| 138. | | | | | Sold | 12-19 | J | A | |
| 139. Lancaster Colony Corp Ohio | A | Dividend | J | T | Buy | 03-10 | J. | | |
| 140. Lilly, Eli Co | A | Dividend | J | T | Buy | 03-04 | J | | |
| 141. | | | | | Part Sale | 12-02 | J | A | |
| 142. Lockheed Martin Corp | | None | J | T | Buy | 12-03 | J | | |
| 143. Marsh & McLennan Cos | A | Dividend | J | T | Buy | 03-04 | J | | |
| 144. | | | | | Buy | 11-07 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B. = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 05/26/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. McDonalds Corp | A | Dividend | J | T | Buy | 03-04 | J | | |
| 146. McGraw Hill Companies | A | Dividend | J | T | Buy | 03-04 | J | | |
| 147. Medco Health Solutions | | None | J | T | Buy | 03-04 | J | | |
| 148. Mellon Financial Corp | A | Dividend | J | T | Buy | 03-03 | J | | |
| 149. Metlife Inc | | None | J | T | Buy | 03-03 | J | | |
| 150. Merck & Co Inc | A | Dividend | J | T | Buy | 03-04 | J | | |
| 151. Microsoft Corp | A | Dividend | J | T | Buy | 03-04 | J | | |
| 152. | | | | | Buy | 03-05 | J | | |
| 153. | | | | | Buy | 03-12 | J | | |
| 154. | | | | | Part Sale | 12-16 | J | A | |
| 155. Morgan Stanley | A | Dividend | J | T | Buy | 12-12 | J | | |
| 156. Motorola Inc | A | Dividend | J | T | Buy | 03-03 | J | | |
| 157. National commerce Fin Corp | A | Duv | J | T | Buy | 03-06 | J | | |
| 158. Nestle S.A. Rep RG Sh ADR | A | Dividend | J | T | Buy | 03-04 | J | | |
| 159. | | | | | Buy | 03-20 | J | | |
| 160. | | | | | Part Sale | 10-03 | J | A | |
| 161. News Corp Ltd | A | Dividend | J | T | Buy | 03-06 | J | | |
| 162. Noble Corporation | | None | J | T | Buy | 03-06 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 05/26/2003 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Nokia Corp | A | Dividend | J | T | Buy | 03-13 | J | | |
| 164. Northrop Grumman Corp | A | Dividend | J | T | Buy | 03-03 | J | | |
| 165. Novartis ADR | A | Dividend | J | T | Buy | 03-03 | J | | |
| 166. Oracle Corp | A | Dividend | J | T | Buy | 10-03 | J | | |
| 167. Pepsico Inc | A | Dividend | J | T | Buy | 03-04 | J | | |
| 168. Pfizer Inc Del PV.05 | A | Dividend | J | T | Buy | 03-04 | J | | |
| 169. | | | | | Buy | 04-16 | J | | |
| 170. Polaris Industries | A | Dividend | J | T | Buy | 03-04 | J | | |
| 171. PPG Industries | A | Dividend | J | T | Buy | 03-03 | J | | |
| 172. PPL Corporation | A | Dividend | J | T | Buy | 06-09 | J | | |
| 173. Proctor Gamble | A | Dividend | J | T | Buy | 03-04 | J | | |
| 174. | | | | | Buy | 03-20 | J | | |
| 175. Questar Corp | A | Dividend | J | T | Buy | 10-31 | J | | |
| 176. Realty Income Corp Maryland REIT | A | Dividend | J | T | Buy | 05-07 | J | | |
| 177. Reed Elsevier PLC Sp ADR | A | Dividend | J | T | Buy | 03-03 | J | | |
| 178. Reinsurance Group of America | A | Dividend | J | T | Buy | 03-07 | J | | |
| 179. Reynolds & Reynolds | A | Dividend | J | T | Buy | 03-04 | J | | |
| 180. Roche Hldg Ltd Spn ADR | A | Dividend | J | T | Buy | 08-15 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 05/26/2003 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. royal Dutch Pete | A | Dividend | J | T | Buy | 03-04 | J | | |
| 182. RPM International Inc | A | Dividend | J | T | Buy | 06-02 | J | | |
| 183. SBC Communications | A | Dividend | J | T | Buy | 03-04 | J | | |
| 184. | | | | | Buy | 05-30 | J | | |
| 185. | | | | | Part Sale | 12-16 | J | A | |
| 186. Schering Plough Corp | A | Dividend | J | T | Buy | 04-30 | J | | |
| 187. Schlumberger Ltd | A | Dividend | | | Buy | 03-03 | J | | |
| 188. | | | | | Sold | 12-16 | J | A | |
| 189. Sears Roebuck | A | Dividend | J | T | Buy | 07-31 | J | | |
| 190. Siemens AG | A | Dividend | J | T | Buy | 06-26 | J | | |
| 191. Societe General Spn ADR | A | Dividend | J | T | Buy | 03-13 | J | | |
| 192. Stewart, WP & Co | A | Dividend | J | T | Buy | 03-06 | J | | |
| 193. Suntrust Banks Inc | A | Dividend | J | T | Buy | 03-03 | J | | |
| 194. Swiss Reins Sponsored ADR | | None | J | T | Buy | 03-09 | J | | |
| 195. Syngenta AG ADR | A | Dividend | J | T | Buy | 03-04 | J | | |
| 196. Target Corp | A | Dividend | J | T | Buy | 03-04 | J | | |
| 197. Teleflex Inc | A | Dividend | J | T | Buy | 03-11 | J | | |
| 198. Time Warner Inc | | None | J | T | Buy | 10-31 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 05/26/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. Total S.A. Sp ADR | A | Dividend | J | T | Buy | 03-20 | J | | |
| 200. travelers property Casulty Corp | A | Dividend | J | T | Buy | 03-03 | J | | |
| 201. Tribune Co | A | Dividend | J | T | Buy | 03-03 | J | | |
| 202. TXU Corp | A | Dividend | J | T | Buy | 03-03 | J | | |
| 203. | | | | | Part Sale | 12-23 | J | A | |
| 204. UBS AG New | A | Dividend | J | T | Buy | 03-13 | J | | |
| 205. Union Pacific Corp | A | Dividend | J | T | Buy | 06-30 | J | | |
| 206. United Parcel Service | A | Dividend | J | T | Buy | 03-04 | J | | |
| 207. Unilever PLC New ADR | A | Dividend | J | T | Buy | 03-04 | J | | |
| 208. Unocal Corp | A | Dividend | J | T | Buy | 03-03 | J | | |
| 209. Valspar Corp | A | Dividend | J | T | Buy | 03-06 | J | | |
| 210. Verizon Communications Com | A | Dividend | J | T | Buy | 03-13 | J | | |
| 211. | | | | | Buy | 06-30 | J | | |
| 212. Viacom Inc Cl B | A | Dividend | J | T | Buy | 03-03 | J | | |
| 213. Vodafone Grp PLC Spn ADR | A | Dividend | J | T | Buy | 05-13 | J | | |
| 214. Wal-Mart Stores Inc | A | Dividend | J | T | Buy | 03-04 | J | | |
| 215. | | | | | Buy | 04-16 | J | | |
| 216. Walgreen Co | A | Dividend | J | T | Buy | 03-04 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000. | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 05/26/2003 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 217. Washington Fedl Inc | A | Dividend | J | T | Buy | 03-06 | J | | |
| 218. Wells Fargo & Co | A | Dividend | J | T | Buy | 03-04 | J | | |
| 219. Wiley, John & Sons | A | Dividend | J | T | Buy | 04-22 | J | | |
| 220. | | | | | Buy | 12-19 | J | | |
| 221. Strayer Educational | | None | | | Buy | 03-10 | J | | |
| 222. | | | | | Suld | 05-27 | J | A | |
| 223. Federal Signal | | None | | | Buy | 03-07 | J | | |
| 224. | | | | | Sold | 10-13 | J | A | |
| 225. Devon Energy | | None | | | Buy | 03-18 | J | | |
| 226. | | | | | Sold | 09-26 | J | A | |
| 227. Orthodontic Centers Inc | | None | | | Buy | 03-04 | J | | |
| 228. | | | | | Sold | 09-18 | J | A | |
| 229. Cintas Copr Ohio | | None | | | Buy | 03-04 | J | | |
| 230. | | | | | Sold | 08-13 | J | A | |
| 231. Rio Tinto PLC Sponsored ADR | | None | | | Buy | 07-17 | J | | |
| 232. | | | | | Sold | 11-07 | J | A | |
| 233. Astrazeneca PLC Sponsored ADR | | None | | | Buy | 03-20 | J | | |
| 234. | | | | | Sold | 07-09 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tucker, Petrese B | 05/26/2003 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

None

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tucker, Petrese B | 05/26/2003 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date  *May 28, 2004*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544